IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 3:05 CR 766

    -vs-

                                        O  R  D  E  R

YAZEED QAIMARI,

                Defendant.

KATZ, J.

The Court has reviewed the Report & Recommendation of Magistrate Judge Vernelis K. Armstrong (Doc. No. 32) and the objections filed by Defendant (Doc. No. 35).  The objections are overruled and the Court adopts in full the exceedingly well-reasoned Report & Recommendation of the Magistrate Judge.

Defendant's motion to dismiss premised on the six (6) year statute of limitations is denied. A telephone pretrial is set for May 1, 1006 at 10:45 a.m.

IT IS SO ORDERED.

                                           _s/ *David A. Katz*_____
                                           DAVID A. KATZ
                                         U. S. DISTRICT JUDGE